JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA RAY, et al., | Case No. CV 17-04239 PA (SKx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al., | |
| Defendants | |

Pursuant to the Court's October 27, 2020, order granting summary judgment in favor of defendant the County of Los Angeles (the "County") and against plaintiffs Trina Ray and Sasha Walker ("Plaintiffs"), it is ORDERED, ADJUDGED, and DECREED that:

1. The County shall have judgment in its favor against Plaintiffs; and

2. The County is entitled to its costs of suit pursuant to Local Rule 54.

IT IS SO ORDERED.

DATED: October 27, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE