MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
JEFFERY B. WHITE (State Bar No. 291086)
jwhite@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendant
COUNTY OF LOS ANGELES
(erroneously named as LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRINA RAY and SASHA WALKER, individually, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, and LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, <br><br> Defendants. | **CASE NO. 2:17-cv-04239-PA-SKx** <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Assigned to the Hon. Percy Anderson and Magistrate Judge Steve Kim |

630548.2

Case No. 2:17-cv-04239-PA-SKx

JOINT NOTICE OF SETTLEMENT

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Trina Ray and Sasha Walker, individually, and on behalf of others similarly situated ("Plaintiffs") and Defendant County of Los Angeles ("Defendant" or "County"), hereby jointly give notice pursuant to Local Rule 16-15.7 and Local Rule 40-2 that Plaintiffs and the County have reached an agreement to settle this case.

This settlement requires the approval of the County of Los Angeles Board of Supervisors, which may take approximately six to nine months. In the interim, the parties will be in the process of drafting and signing appropriate settlement agreements and documents, which will be submitted to the Court for approval. *See, e.g.*, *In re City of Redondo Beach*, 2021 WL 1010631, at *1 (C.D. Cal. Mar. 16, 2021) (regarding court approval of FLSA settlements). After Court approval and payment of the settlement funds, the parties will file a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties jointly request that the current dates set in the case be vacated and that the Court set an Order to Show Cause Regarding Settlement approximately 180 - 270 days in the future.

| | | |
|---|---|---|
| 1 | DATED: August 3, 2023 | MILLER BARONDESS, LLP |
| 2 | | |
| 3 | | _[signature]_ |
| 4 | | MIRA HASHMALL |
| 5 | | Attorneys for Defendant COUNTY OF LOS ANGELES, |
| 6 | | erroneously sued as LOS ANGELES COUNTY DEPARTMENT OF PUBLIC |
| 7 | | SOCIAL SERVICES |
| 8 | | |
| 9 | DATED: August 3, 2023 | NICHOLS KASTER, LLP |
| 10 | | |
| 11 | | _/ s / Matthew C. Helland_ |
| 12 | | MATTHEW C. HELLAND Attorneys for Plaintiffs |
| 13 | | TRINA RAY and SASHA WALKER, individually, and on behalf of others |
| 14 | | similarly situated |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

630548.2                                3                         Case No. 2:17-cv-04239-PA-SKx
                              JOINT NOTICE OF SETTLEMENT

## SIGNATURE ATTESTATION

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 3, 2023                MILLER BARONDESS, LLP

_____
MIRA HASHMALL
Attorneys for Defendant
COUNTY OF LOS ANGELES, erroneously sued as LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES