Matthew C. Helland, CA SBN 250451
helland@nka.com
Daniel S. Brome, CA SBN 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile:  (415) 277-7238

*Attorneys for Plaintiffs and Others Similarly Situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRINA RAY and SASHA WALKER, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, and LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES,<br><br>Defendants. | **CASE NO. 2:17-cv-04239-PA-SKx**<br><br>**NOTICE OF MOTION AND MOTION FOR SETTLEMENT APPROVAL**<br><br>Date:    June 3, 2024<br>Time:   1:30 pm<br>Place:   Courtroom 9A<br><br>Assigned to the Hon. Percy Anderson and Magistrate Judge Steve Kim |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 3, 2024 at 1:30 p.m., or as soon thereafter as the matter may be heard before Honorable Percy Anderson in the United States District Court, Central District of California, Courtroom 9A, located at 350 West First Street, Los Angeles, California 90012, Plaintiffs Trina Ray and Sasha Walker, individually, and on behalf of others similarly situated ("Plaintiffs"), will and hereby do move this Court for an order granting approval to the parties' settlement agreement.

The Settlement warrants approval because it represents a fair and reasonable compromise of a bona fide dispute. The Court should grant approval so that notice can be distributed, Opt-ins who wish to participate can receive payment, and this matter may be closed. This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Daniel Brome, and any further evidence or argument as may be advanced at or prior to the hearing on this Motion.

This motion is made following a conferral of counsel pursuant to Local Rule 7-3. Counsel for Defendant has reviewed the motion and does not oppose.

DATED:  May 6, 2024                         **NICHOLS KASTER, LLP**
                                            **BOHRER BRADY, LLC**


                                            *s/Matthew C. Helland*
                                            MATTHEW C. HELLAND
                                            DANIEL S. BROME
                                            PHILIP BOHRER

                                            Attorneys for Plaintiffs
                                            TRINA RAY and SASHA WALKER and
                                            others similarly situated