1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRINA RAY and SASHA WALKER, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, and LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES,<br><br>Defendants. | **CASE NO. 2:17-cv-04239-PA-SKx**<br><br>**ORDER GRANTING SETTLEMENT APPROVAL** |

# ORDER

Plaintiffs' Motion for Final Settlement Approval ("Motion") came before the Court. Defendant County of Los Angeles does not oppose the Motion. Based on the pleadings, papers, and arguments of counsel, and good cause appearing therefore, the Court hereby grants the Motion in full, as follows:

The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. The Court approves the parties' notice and settlement administration plan and authorizes the parties to distribute notice of the settlement as outlined in their executed Settlement Agreement.

Plaintiffs' Counsel requests attorneys' fees of $2,197,500.00, which is 30% of the $7,325,000 settlement amount. This request represents an upward departure from the 25% benchmark in this Circuit. The Court finds that this upward departure is warranted given the results achieved in this settlement, the risk of litigation, the skill required and quality of work, and the contingent nature of the fee and the financial burden carried by Plaintiffs' Counsel. The Court also approves Plaintiffs' Counsel's requested costs of $125,000 and approves a payment not to exceed $40,000 to the Settlement Administrator.

Plaintiffs also request $10,000 enhancement awards for the two Named Plaintiffs, Trina Ray and Sasha Walker. This amount is reasonable and appropriately reflects the Named Plaintiffs' contributions in this collective action. The requested enhancement payments are approved.

IT IS THEREFORE ORDERED that Plaintiffs' Motion is granted. The Parties are directed to follow the terms of the Settlement Agreement, including distributing notice, funding the settlement account, and distributing payment. The Parties are ORDERED to file a stipulation for dismissal with prejudice following the end of the check cashing period. After dismissal, the Court shall

retain jurisdiction solely for purposes of addressing the interpretation, enforcement or administration of the settlement.

IT IS SO ORDERED.

DATED: August 9, 2024

                                                 Percy Anderson
                                      United States District Judge